

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2011

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11

    Re:   <u>United States</u> v. <u>Alphonse Trucchio et al.</u>
           S1 11 Cr. 614 (VM)

Dear Judge Marrero:

    All defendants charged in the above-referenced Indictment were arrested, presented, and arraigned last Wednesday, November 30, 2011, in Magistrate Court before Judges Gorenstein and Maas. The Government respectfully submits this letter to confirm, per consultation with Your Honor's law clerk, that an initial pre-trial conference is scheduled for this Friday, December 9, 2011, at 4 p.m. Time under the Speedy Trial Act was prospectively excluded by Judges Gorenstein and Maas.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney
                                Southern District of New York

                   By: _____
                          Daniel Chung/Jonathan Cohen/Michael Ferrara
                          Assistant United States Attorneys
                          (212) 637-2417/2408/2526

Cc:    All defense counsel of record

Request GRANTED. The *initial* conference herein is scheduled for *12-9-11* at *4:00 P.M.*

SO ORDERED.

*12-7-11*
DATE         VICTOR MARRERO, U.S.D.J.